**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Manuel VASQUEZ–ORTIZ,**
**a.k.a. Arnoldo Escalante,**
**Defendant–Appellant.**

**No. 09–11549**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 17, 2009.

Gwendolyn L. Spivey, Federal Defender Office, Tallahassee, FL, Thomas S. Keith, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, Thomas P. Swaim, Nancy J. Hess, United States Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Manuel Vasquez–Ortiz in this direct criminal appeal has moved to withdraw from further representation of the appellant, because, in her opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Vasquez–Ortiz's conviction and sentence are **AFFIRMED.**